**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(Cal. Bar No. 90533)
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
E: wlitvak@drllaw.com
T: 310-477-5575

**HIRALDO P.A.**
Manuel Hiraldo, Esq.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
E: Mhiraldo@Hirladolaw.com
T: 954-400-4713

*Attorneys for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVELYN OFITERU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CALIFORNIA FINANCIAL, INC., a California corporation,<br><br>Defendant. | No. 4:21-CV-03423-JST<br><br>**AMENDED NOTICE OF RESOLUTION** |

   Plaintiff Evelyn Ofiteru ("Plaintiff"), for herself and on behalf of Defendant First California Financial, Inc. ("Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter.  The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days.  In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

| | |
|---|---|
| Dated: September 1, 2021 | Respectfully submitted |
| | By: /s/ Manuel S. Hiraldo |
| | Manuel S. Hiraldo |
| | HIRALDO P.A. |
| | *Counsel for Plaintiff* |

**CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 1, 2021, to all counsel of record via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated:      September 1, 2021                    HIRALDO P.A.


                                                 By: /s/ Manuel Hiraldo
                                                     Manuel Hiraldo